| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

VIOLA EDWARDS §
and LEON EDWARDS, §
　　　　　　　　　　　　　　§
　　　　　Plaintiffs, §
　　　　　　　　　　　　　　§
*versus* § CIVIL ACTION NO. 1:18-CV-370
　　　　　　　　　　　　　　§
HARTFORD UNDERWRITERS §
INSURANCE COMPANY, §
　　　　　　　　　　　　　　§
　　　　　Defendant. §

## MEMORANDUM ORDER

The court referred this matter to United States Magistrate Judge Keith F. Giblin for consideration and recommended disposition of case-dispositive motions. On October 18, 2019, Judge Giblin issued a report and recommendation on the defendant's motion for partial summary judgment. He recommended that the Court grant the motion.

No party has objected to the magistrate judge's recommendation. After review, the Court finds that Judge Giblin's findings and recommendations should be accepted. The Court ORDERS that the report and recommendation (#29) is ADOPTED. The Court further ORDERS that the defendant's motion for partial summary judgment (#15) is GRANTED. The plaintiffs' claims for damages, with the exception of the alleged flood damage to their kitchen, patio, and garage, are dismissed with prejudice.

　SIGNED at Beaumont, Texas, this 4th day of November, 2019.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE